Duration:

DOCKET No. 26 CR 278                          DEFENDANT Michele Spagnuolo

AUSA Allison Nichols /Ryan Finkel/           DEF.'S COUNSEL Michael Ferrara
                                             ☒ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
                                             ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.     DATE OF ARREST _____     ☐ VOL. SURR.
                                                          TIME OF ARREST _____     ☐ ON WRIT
☒ Other:  Arraignment _____                    TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION:  RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ BOND  ☐ ___FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY                ☒ CONFERENCE BEFORE D.J. ON 7/13/2026
☐ DEF. WAIVES INDICTMENT
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 7/13/2026     10 am

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED     ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____     ☐ ON DEFENDANT'S CONSENT

DATE: 6/30/2026

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.