USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHELE SPAGNUOLO,
a/k/a "AlphaRaccoon,"

Defendant.

26 Cr. 278 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received the Government's letter concerning the parties' estimated length of trial. *See* ECF No. 35. Trial shall begin on **June 1, 2027**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 25, 2026
New York, New York

ANALISA TORRES
United States District Judge