**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHELE SPAGNUOLO,<br><br>Defendant. | No. 26 Cr. 278 (AT)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS THE INDICTMENT**

Defendant Michele Spagnuolo, through counsel, respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 12(b), for an order dismissing the Indictment filed in this matter. Mr. Spagnuolo moves upon the Affirmation of Shawn G. Crowley, the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior papers and proceedings had herein.

Mr. Spagnuolo respectfully requests oral argument on this motion.

Dated: New York, New York
August 26, 2026

Respectfully submitted,

Shawn G. Crowley
Michael Ferrara
Andrew L. Chesley
Allison Durkin
Nicole Ng
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
scrowley@heckerfink.com
mferrara@heckerfink.com

*Attorneys for Michele Spagnuolo*