Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

scrowley@heckerfink.com

November 6, 2026

**BY EMAIL AND CM/ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Spagnuolo*, 26 Cr. 278 (AT)

Dear Judge Torres:

Michele Spagnuolo writes to request the Court's assistance in facilitating his return home to Switzerland pending trial, consistent with the Court's October 23, 2026 order. Dkt. No. 59.

In that order, the Court granted Mr. Spagnuolo's request to modify his conditions of release to permit him to return home to Switzerland pending trial. *Id.* Two additional sureties signed Mr. Spagnuolo's bond last week and the government has informed us that Mr. Spagnuolo has satisfied all conditions required to leave the country. However, Mr. Spagnuolo has not been able to depart the United States because of a lack of clearance from the Department of Homeland Security ("DHS").

On August 11, 2026, Mr. Spagnuolo received a letter from Homeland Security Investigations notifying him that he had been placed in deferred action for a period of one year "as an act of discretion by and for the administrative convenience of the United States Government." That letter was issued in response to the Court's instruction at the July 13, 2026 initial pretrial conference that Mr. Spagnuolo "not be apprehended by immigration," *see* Dkt. No. 25 at 8-9, as his immigration status was limited at the time as he had entered the country under the Visa Waiver Program when he was arrested. According to the government, now that Mr. Spagnuolo is subject to the terms of that deferred action letter, he requires written approval from DHS to depart the United States, and DHS will need to give Mr. Spagnuolo Significant Public Benefit Parole ("SPBP") status prior to his departure. The government has represented that the Federal Bureau of Investigation submitted a request for written approval as of October 27, 2026, and completed its approvals for the SPBP application as of October 30, 2026. The government has told us that it does not have visibility into DHS's processing of the SPBP or the estimated date of issuance of the SPBP or the written approval for departure.

As defense counsel has previously advised the Court and the government, for residency reasons and to maintain his Swiss residency permit, Mr. Spagnuolo must depart the United States

by November 14, 2026. While Mr. Spagnuolo appreciates the government's consent to the modification of Mr. Spagnuolo's bail conditions and its efforts to date to enable him to return home to Switzerland, the Court's assistance may be necessary. Given the government's representations that the processing of the SPBP is now in the hands of DHS, which is part of the Executive Branch, Mr. Spagnuolo respectfully requests that the Court (i) direct the government to ensure that DHS expeditiously processes the SPBP and any other necessary approvals so that Mr. Spagnuolo may depart the United States next week, and (ii) require the government to provide an estimate of the date by which Mr. Spagnuolo will be able to depart by no later than next Tuesday, November 10, 2026.

We appreciate the Court's attention to this request.

Respectfully submitted,

Shawn G. Crowley
Michael Ferrara

Counsel for Michele Spagnuolo

cc: AUSAs Thomas Burnett, Ryan Finkel, Allison Nichols